IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-90

APRIL VARNEY,

        Plaintiff,

v.

NOVANT HEALTH, INC.

        Defendants.

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David E. Stevens** filed May 13, 2019 (Doc. No. 20).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the motion.

In accordance with Local Rule 83.1(B), Mr. Stevens is admitted to appear before this court *pro hac vice* on behalf of Defendant Novant Health, Inc..

**IT IS SO ORDERED.**

Signed: May 14, 2019

Graham C. Mullen
United States District Judge